No. 6320. FLETCHER v. BRIERLEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 6321. GOMORI v. PERINI, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 6323. WILLIAMS v. BRIERLEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 6324. DELPH v. OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 6327. ROBLES v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 6328. CORDLE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 6330. CLEMONS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 6333. MORRISON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 6334. BYRD v. FITZHARRIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 6336. MCCARTY v. GAFFNEY, WARDEN. Sup. Ct. Kan. Certiorari denied.

No. 6340. HOWELL v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 6341. CAMPBELL v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 6344. RUBIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.